*2014-01-0058*
*ST*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

JONATHAN HAROLD,

                                                    Plaintiff,

                        -against-

Police Officer JONES, Shield No. 4238; Police Officer
STEPHENS, Shield No. 10864; and JOHN and JANE DOE 1
through 10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),,

                                                    Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF
DISMISSAL**

14-CV-6399 (SLT) (RER)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **MAY 1 5 2015** ★

**BROOKLYN** OFFICE

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
          5 / 7 / _____, 2015

HARVIS WRIGHT & FETT LLP
*Attorneys for Plaintiff*
305 Broadway
New York, New York 10007
(212) 232-6880

By: _____
        Gabriel Harvis
        *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants Jones*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
        Beth Hoffman
        *Senior Attorney*

SO ORDERED:

/s/ Sandra L. Townes
_____
HON. SANDRA L TOWNES
UNITED STATES DISTRICT JUDGE

Dated: May 11 , 2015

2